UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ANTHONY RUSSELL,<br>  Plaintiff,<br>  v.<br>J. A. RODRIGUEZ, et al.,<br>  Defendants. | Case No. 17-cv-06045-RS (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff has filed a motion to dismiss the complaint, which the Court construes as a notice of voluntary dismissal. (Dkt. No. 21.) Accordingly, this action is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(a).

The order of service is VACATED. (Dkt. No. 15.) The Clerk shall terminate Dkt. No. 21, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** July 13, 2018

RICHARD SEEBORG
United States District Judge